IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-02694-STV

SARAH BRUBAKER, and   DALE BRUBAKER,

Plaintiffs,

v.

MEGAN A. RING, in her individual capacity and in her official capacity as the Colorado State Public Defender, and

KATHRYN HAY, in her individual capacity and in her official capacity as a Deputy Colorado State Public Defender,

Defendants.

## PLAINTIFFS' WITNESS AND EXHIBIT LIST FOR NOVEMBER 19, 2021 HEARING

Pursuant to the Court's Order of November 3, 2021, Plaintiffs' counsel provided this proposed joint witness and exhibit list to Defendants' counsel, who declined to agree to provide a joint list. *See Email correspondence, Attachment.* The Plaintiffs, therefore, hereby submit their Witness and Exhibit Lists.

### EXHIBIT LIST

|   | Docket Reference | Description | Party Offering | Objection(s) |
|---|---|---|---|---|
| 1 |  | Criminal complaints | P | FRE 401, 402, 403 |
| 2 | Document 13-2 | Public Defender Applications | P |  |

1

| # | | | P | |
|---|---|---|---|---|
| 3 | | 20210428 Reply to Public Defender's Response that Ms. Brubaker Does Not Qualify | P | |
| 4 | | Sara Brubaker Rule 21 Petition | P | |
| 5 | | Order Denying Rule 21 Petition | P | |
| 6 | Document 19-2 + appendices | Dale Brubaker Rule 21 Petition | P | |
| 7 | Document 19-4 | Order Denying Rule 21 Petition | P | |
| 8 | Document 21-1 | PAIRR 2 Response | P | FRE 401, 402, 403 |

## WITNESS LIST

| Witness | Party | Topics | Objection(s) |
|---|---|---|---|
| Dale Brubaker | P | Charges and penalties, circumstances of prior appointed counsel and loss, bond circumstances, income and assets, reapplication after bond, comprehension of proceedings in Larimer County. | FRE 401, 402, 403 |
| Kathryn Hay | P | Function of Public Defender, supervision of regional office, reporting to state office, Internal procedures and methods for assessing indigency, CJD04-04, deviations and exceptions, knowledge of disqualification in the Brubakers' cases, statistics on disqualification, reconsideration of qualification decisions | FRE 401, 402, 403 |
| Eric Vanatta | P | Assessment of Brubaker applications, representations concerning their qualification, communications with Defendant Hay | FRE 401, 402, 403 |

Respectfully Submitted this 17th day of November, 2021

/s/ Christopher S. Gregory
Christopher S. Gregory
The Gregory Law Firm, LLC
201 Coffman Street #1822
Longmont, CO 80501
970.672.0846
Fax: 970.692.2479
cspgregory@thegregorylawfirm.net

/s/ Ingrid J. DeFranco
Ingrid J. DeFranco
LAW OFFICE OF INGRID J. DEFRANCO
PO Box 128
Brighton, CO 80601-0128
303-443-1749
Fax: 303-558-4294
Ingrid.defranco@gmail.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2021, the foregoing Motion was filed through CM/ECF, with service upon all counsel of record, including:

Scott Schultz
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO  80203
phone - (720) 508-6256
scott.schultz@coag.gov

Andrew M. Katarikawe
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO  80203
phone - (720) 508-6256
andrew.katarikawe@coag.gov

*Attorneys for Defendants*                                  */s/* Ingrid J. DeFranco

3

**Subject:** RE: Brubaker v. Ring et al.--Joint Exhibit and Witness List
**From:** "Scott Schultz" <Scott.Schultz@coag.gov>
**Sent:** 11/17/2021 4:28:28 PM
**To:** "Christopher Gregory" <cspgregory@thegregorylawfirm.net>; "Andrew Katarikawe" <Andrew.Katarikawe@coag.gov>;
**CC:** "ingrid.defranco@gmail.com" <ingrid.defranco@gmail.com>;

Mr. Christopher Gregory,

Counsel for the Defendants objects to your proposed Exhibits 1 and 8 and the entire Witness List for lack of foundation and Relevancy under Federal Rules of Evidence 401, 402, and 403. Subsequently, counsel for the Defendants will not agree to the filing of a joint exhibit and witness list. I will treat your email sent the afternoon it was due as a conferral on "Plaintiffs' Proposed Exhibit and Witness List" which should include the above objections. Counsel for defendants reserves all of their rights to further object to Plaintiffs' proposed witnesses in this matter.

Sincerely,
Scott Schultz
Senior Assistant Attorney General
Colorado Dept. of Law
Natural Resources & Environment Section*
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO  80203
phone = (720) 508-6256
scott.schultz@coag.gov
*Counsel to the Office of the Colorado State Public Defender and the Office of Alternate Defense Counsel

---

**From:** Christopher Gregory <cspgregory@thegregorylawfirm.net>
**Sent:** Wednesday, November 17, 2021 1:42 PM
**To:** Scott Schultz <Scott.Schultz@coag.gov>; Andrew Katarikawe <Andrew.Katarikawe@coag.gov>
**Cc:** ingrid.defranco@gmail.com
**Subject:** Brubaker v. Ring et al.--Joint Exhibit and Witness List

Hi Scott and Andrew,

Magistrate Varholak's Minute Order from 11/3/21 defines prehearing management for our hearing on Friday. According to the Minute Order, the court expects submission of a joint exhibit and witness list today. Could you please look over the attached Plaintiffs' draft and let us know if you have any exhibits, witnesses, and/or if you approve filing the joint statement.

Warmest regards,
Christopher Gregory


The Gregory Law Firm, LLC

1/2

Christopher S.P. Gregory
Attorney at Law

Mailing:  201 Coffman St., #1822, Longmont, CO 80502
Office:  473 Main St., Longmont, CO 80501
● Phone:  970.672.0847 ● Fax:  970.692.2479 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.