**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-CV-02694-STV

SARAH BRUBAKER, and   DALE BRUBAKER,

Plaintiffs,

v.

MEGAN A. RING, in her individual capacity and in her official capacity as the Colorado

State Public Defender, and

KATHRYN HAY, in her individual capacity and in her official capacity as a Deputy

Colorado State Public Defender,

Defendants.

---

**PARTIES' JOINT MOTION TO VACATE
AND RESCHEDULE THE SCHEDULING CONFERENCE**

---

On November 16, 2021, the Plaintiffs filed an Amended Complaint.  On November 30, 2021, the Defendants requested, and were granted, an extension of time to file their responsive pleading, which is due on December 7, 2021.  Prior to the filing of the Amended Complaint, the parties were ordered to submit a proposed scheduling order on or before November 30, 2021, and a scheduling conference was set for December 7, 2021.

The parties respectfully request that the scheduling conference set for December 7, 2021 be vacated and rescheduled after the date of the responsive pleading, so that the parties will be fully informed of the issues and the scope of anticipated discovery.

Respectfully Submitted this 6th day of December, 2021

/s/_Christopher S. Gregory

Christopher S. Gregory
The Gregory Law Firm, LLC
201 Coffman Street #1822
Longmont, CO 80501
970.672.0846
Fax: 970.692.2479
cspgregory@thegregorylawfirm.net

*Attorney for Plaintiffs*


/s/ Scott Schultz
Andrew M. Katarikawe
Senior Assistant Attorney General
Colorado Dept. of Law
Natural Resources & Environment Section*
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
phone = (720) 508-6256
scott.schultz@coag.gov

Attorney for Defendant*s*